UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**LENNARD H. STANSBURY**                                    **CIVIL ACTION**

**VERSUS**                                                  **NO. 21-1909**

**MCCARTY CORPORATION, ET AL.**                             **SECTION "B"(3)**

## ORDER AND REASONS

Considering cross claim defendant Ameron International Corporation ("Ameron")'s unopposed[1] motion to dismiss Albert L. Bossier, Jr.'s cross claims (Rec. Doc. 174),

**IT IS ORDERED** that the motion is **GRANTED**, dismissing Albert L. Bossier, Jr.'s claims against Ameron. Federal Rule of Civil Procedure 25(a)(1) provides:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

Fed. R. Civ. P. 25(a)(1). Here, Bossier, Jr. died on November 14, 2021. Rec. Doc. 101; *see also Cortez v. Lamorak Ins. Co.*, No. 20-2389, 2022 WL 1595837, at *1 (E.D. La. May 19, 2022). On January 7, 2022, Bossier, Jr.'s counsel filed a suggestion of death into the record of this case, which was electronically served to all

---

[1] No objection to the motion was filed in accordance with the Eastern District of Louisiana Local Rule 7.8. *See* LR 7.8 (requiring each party opposing a motion to "file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date").

1

counsel of record. Rec. Doc. 101. More than ninety days have passed since service of Bossier, Jr.'s suggestion of death, and no motion for substitution has been made. *See id.*

Accordingly, pursuant to Rule 25(a)(1), the Court must dismiss Bossier, Jr.'s cross claims against Ameron. *See* Fed. R. Civ. P. 25(a)(1); *Cortez*, 2022 WL 1595837, at *2 (dismissing Bossier, Jr.'s claims under identical circumstances); *Sampson v. ASC Indus.*, 780 F.3d 679, 681 (5th Cir. 2015) (acknowledging that after "service of the statement noting death, a motion for substitution of the proper party must be made within ninety days or the action must be dismissed").

New Orleans, Louisiana this 1st day of July, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE